JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Scott Combs

## DEFENDANTS
National Debt Relief
John Does

**(b)** County of Residence of First Listed Plaintiff   Butler
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   New York
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Jeremiah E. Heck, 580 E. Rich St., Columbus, OH 43215, 614-224-1500
Brian M. Garvine, 5 E. Long St, Suite 1100, Columbus, OH 43215,
614-223-0290

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                     *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☒ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from Another District *(specify)*
- ☐ 6  Multidistrict Litigation - Transfer
- ☐ 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
The Fair Credit Reporting Act, 15 U.S.C., Section 1681b(f)

Brief description of cause:
Illegal use of and access to private financial data contained in consumer reports.

## VII. REQUESTED IN COMPLAINT:
☒ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE
12/28/2017

SIGNATURE OF ATTORNEY OF RECORD
/s/ Jeremiah E. Heck and Brian M. Garvine

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | |
|---|---|
| Scott Combs, on behalf of himself and all other similarly situated 3433 Hamilton Mason Road Hamilton, OH 45011 <br> _Plaintiff(s)_ <br> v. <br> National Debt Relief 11 Broadway, Suite 1600 New York, NY 10004 <br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  National Debt Relief
11 Broadway, Suite 1600
New York, NY 10004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jeremiah Heck
580 E. Rich Street
Columbus, OH 43215

Brian M. Garvine
5 E. Long Street, Suite 1100, Columbus, OH 43215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____     _____

_Signature of Clerk or Deputy Clerk_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Scott Combs, on behalf of | : | |
| himself and all others similarly situated | : | |
| 3433 Hamilton Mason Rd | : | |
| Hamilton, Ohio 45011 | : | **CASE NO.:** |
| | : | |
|         Plaintiff, | : | |
|   v. | : | **JUDGE:** |
| | : | |
| National Debt Relief | : | |
| 11 Broadway, Suite 1600 | : | **CLASS ACTION COMPLAINT AND** |
| New York, NY 10004 | : | **REQUEST FOR DECLARATORY AND** |
| | : | **INJUNCTIVE RELIEF** |
|   and, | : | |
| | : | |
| John Does 1-3 | : | **Jury Demand Endorsed Herein** |
| Name Unknown | : | |
| Address Unknown | : | |
| | : | |
|         Defendants. | | |

---

**INTRODUCTION**

The Fair Credit Reporting Act ("FCRA"), 15 U.S.C, Section 1681b(f) regulates the access and use of consumer reports in order to protect consumer privacy. This case involves the illegal use of and access to the private financial data contained in the consumer reports of thousands of financially distressed consumers for the illegal purpose of marketing debt consolidation services. Defendants are Credit Reporting Agencies and marketing/lead generators that illegally bought and sold pre-screened consumer lists.

These lists included private financial information such as FICO scores, debt load and credit utilization rates along with the name, address and last four digits of the social security number of the consumer. The pre-screened consumer lists constitute consumer reports that may only be

accessed and used for a permissible purpose. *See*, 15 U.S. C. Section 1681b(f); *See*, *Trans Union v FTC,* 245 F.3d 809 (U.S. App. D.C. 2001).

Plaintiff Scott Combs ("Combs") brings this class action on behalf of the thousands of consumers whose rights under the FCRA were violated and to stop Defendants' practice of illegally accessing and using private financial information.

## JURISDICTION, VENUE AND PARTIES

1.      This is a class action brought under Fed. R. Civ. P. 23(a), (b)(1), (b)(2), (b)(3), and (c)(4), as well as S.D. Ohio Civ. R. 23.1-3, seeking monetary, declaratory, and injunctive relief both individually and for the putative class.

2.      Plaintiff Combs is an individual consumer who resides at 3433 Hamilton Mason Road, Hamilton, Ohio 45011.

3.      National Debt Relief ("NDR") is a debt settlement company located in and conducting business out of its offices at 11 Broadway, Suite 1600, New York, New York 10004.

4.      At all times relevant, unless otherwise indicated, "NDR" includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers of NDR.

5.      NDR regularly engages in business in, and directs its marketing at, Ohio and Ohio consumers. It has otherwise availed itself of the Ohio marketplace and secured the benefits of that marketplace. NDR's conduct includes, among other actions, directing mail solicitations to Ohio consumers in order to solicit their business and provide debt settlement services in exchange for a fee. As such, Defendant is subject to this Court's personal jurisdiction.

6.      This Court has jurisdiction over the subject matter of this litigation. This Court has diversity jurisdiction under 28 U.S.C. § 1332, as recently amended by the Class Action Fairness

Act of 2005. This Court also maintains subject matter jurisdiction pursuant to the Fair Credit Reporting Act, as further alleged herein.

7.      This Court has venue to hear this case pursuant to 28 U.S.C. § 1391, among other reasons, because some of the transactions complained of, and out of which this action arose, occurred in the Southern District of Ohio, Eastern Division, where Plaintiff resides.

## GENERAL ALLEGATIONS

8.      NDR targets consumers in financial distress for debt settlement services.

9.      NDR obtained from TransUnion pre-screened lists of consumers who have unsecured debt.

10.     NDR obtained at least three such list from TransUnion containing the names and addresses of consumers who met certain criteria such as minimum debt balances, etc.; Combs was on these lists.

11.     The lists constitute consumer reports under the FCRA.

12.     NDR used the pre-screened lists to print and mail form letters such as the letters attached hereto as Exhibits A, B and C in order to solicit consumers, including Combs, for NDR's debt settlement program.

13.     The letters advertised a "Debt-Resolution Program" by NDR that could eliminate debt in 24-48 months.

14.     The letters do not offer a loan, do not state a loan amount or an interest rate that NDR would charge the consumer; in fact, NDR charges fees for the services it is advertising to Ohio consumers.

15.     Throughout the letters, NDR specifically represents it does not charge upfront fees.

16.     In its **PRESCREEN & OPT OUT NOTICE** NDR explains the "offer of credit is based on information in your credit report indicating that you meet certain criteria." However, no offer of credit was made in the letters or in a subsequent telephone call from Combs to NDR.

17.     Regarding fees, the mailer indicates, "ABSOLUTELY NO UPFRONT FEES you're pre-qualified, so you don't owe us anything until we successfully resolve your debt. GUARANTEE."

18.     On its website, NDR represents it "complies with the Federal Trade Commission (FTC) final TSR rule 16 C.F.R. Part 310 and does not charge any fees up front. Fees are collected only after negotiations with creditors are completed"

19.     As such, no fees are earned or due until NDR enters into a settlement on the customer's behalf, and the first payment on the settlement is made, at which time, the fees for the enrolled debt are considered due and payable.

20.     The customer is under no obligation to pay fees until NDR settles a debt, thereby earning the fee.

21.     Upon receiving the mailers, Combs called NDR and spoke with a representative of NDR; NDR's representative did not offer Combs a loan but instead provided a sales pitch for NDR's debt settlement services.

22.     Subsequently, Anibal Tejada, the representative of NDR, sent Combs an e-mail with a list of "Frequently Asked Questions" as well as links to NDR's accreditations.

23.     The e-mail provided an overall explanation of NDR's debt settlement services and explained, once again, NDR would not charge upfront fees and all fees for its services would be factored into the consumer's monthly payment.

24.    In the "Frequently Asked Questions", the e-mail indicates the following regarding NDR's fees, "National Debt Relief does not charge our clients any upfront fees. Our fee for services is already inclusive and factored into your monthly payment. We do not earn our fee until after we successfully settle, you approve the terms of the settlement, and payment has been made to that creditor. Depending on your program qualifications, our fee will be a percentage of your overall debt amount."

25.    NDR never provided Combs an offer of credit or a loan.

26.    NDR did not have a permissible purpose to access or use the consumer reports which it obtained, including Combs's consumer report.

27.    NDR obtained the consumer reports under false and illegal pretenses and misused the information contained within those lists to market products and services which are not authorized under the FCRA.

28.    NDR falsely and illegally certified it had a permissible purpose to access and use Combs's and the class members' consumer reports.

29.    NDR intentionally failed to disclose to TransUnion all purposes for which it would use the pre-screened lists including the impermissible purpose of marketing its debt settlement services.

**CLASS DEFINTION AND SUITABILITY OF CLASS**

30.    Combs brings this action pursuant to Fed. R. Civ. P. 23 on behalf of himself and a class of all other similarly situated individuals.

31.    Combs proposes to represent the following two classes:

5

A. All persons within the United States whose consumer reports were acquired and used by NDR to market debt consolidation services in the five years preceding the filing of this Complaint.

B. All persons within the United States whose consumer reports were acquired and used by Defendant based upon a certification of a permissible purpose in the five years preceding the filing of this Complaint.

32.     The Plaintiff is a member of this class. Specifically excluded from the class are the following: (1) Plaintiff's counsel, (2) Defendants and any entity in which either has a controlling interest, and the officers, directors, employees, affiliates, legal representatives, heirs, successors, subsidiaries, and/or assigns of any such individual or entity; and (3) any judge or judicial officer with responsibility over the management or resolution of this litigation and members of any such individual's immediate family.

33.     Defendants accessed and used the consumer reports of, at least, tens of thousands of consumers.

34.     The members of the class are so numerous that joinder is impracticable.  Based upon information and belief, tens of thousands of consumers' consumer reports have been impermissibly accessed as a result of NDR's mailing campaigns.

35.     Common questions of law and fact predominate over any questions solely affecting individual class members.  Among such common questions of law and fact are the following:

A. Whether Defendant accessed and used consumer reports;

B. Whether Defendant certified a permissible purpose in order to access and use consumer reports;

C. Whether Defendant certified all purposes for which it was to use the consumer reports;

6

D.  Whether Defendant actually had a permissible purpose to access and use the consumer reports;

E.  Whether Defendant falsely certified its permissible purpose to obtain the consumer reports;

F.  Whether Defendant's conduct was intentional, willful or reckless.

36.     Plaintiff's individual claims are typical of and identical to the respective class members' claims because the claims all share the same legal basis for recovery, the same predicate facts to liability, and the same basic relief sought.  The class claims are identical.

37.     Plaintiff will fairly and adequately protect the interests of the class members. Plaintiff has no interest antagonistic to those of other class members, and Plaintiff has retained attorneys experienced as counsel in class actions, consumer protection, and complex litigation.

38.     A class action is superior to the other available methods for the fair and efficient adjudication of this controversy for at least the following reasons:

A.  Given the small size of individual class members' claims (between $100 and $1000 in statutory damages) and the expense of litigating those claims (the cost of filing individual suit would likely exceed $100), few, if any, class members could afford to, or would seek, legal redress individually for the wrongs Defendants have committed against them, and absent class members have no substantial interest in controlling the prosecution of individual actions.

B.  When the liability of Defendants has been adjudicated, claims of all class members can be administered efficiently and/or determined by the Court.

C.  The class action will promote an orderly and expeditious administration and adjudication of this dispute. This class action will foster economies of time, effort, and

resources. This class action will ensure uniformity of decisions. It is therefore desirable to concentrate the claims as a class action in this forum.

D. Without this class action, the class members will continue to suffer harm, and Defendants' unlawful conduct will be unaccounted for while they continue to reap benefits of their unlawful activity.

39. No difficulty will be encountered in the management of this litigation that would preclude its maintenance as a class action. Indeed, those harmed by Defendants can be readily identified through business records, including the very lists at issue.

40. The respective class seeks preliminary and permanent injunctive relief on behalf of the entire class, on grounds generally applicable to the entire class, to enjoin and prevent Defendants from continuing to illegally access and use consumer credit reports of United States citizens. Plaintiff also seeks preliminary and permanent injunctive and equitable relief on behalf of the entire class, on grounds generally applicable to the entire class, requiring Defendants to disgorge unjustly retained fees.

41. The prosecution of separate actions by or against individual members of the class would create the risk of (i) inconsistent or varying adjudications with respect to individual members of the class, which could establish incompatible standards of conduct for the party opposing the class; and/or (ii) adjudications with respect to individual members of the class that would, as a practical matter, be dispositive of the interests of the other members not parties to the adjudications or substantially impair or impede their ability to protect their interests.

A. Notice can be provided to members of the Class by regular U.S. Mail, among other means that satisfy due process and practical concerns.

B. The maintenance of the sub-classes may be appropriate under Fed. R. Civ. P. 23(C)(4).

## FCRA ALLEGATIONS

C.  Combs satisfies the definition of a "consumer" as defined by the FCRA, 15 U.S.C. Section 1681 *et seq.* at Section 1681a(c).

D.  NDR is a user of credit information as contemplated by the FCRA, 15 U.S.C. Section 1681 at Section 1681a(c).

E.  NDR accessed and used the private financial information in the consumer reports of Combs and other class members in violation of the consumer privacy sections of the FCRA, 15 U.S.C. Section 1681b and Section 1681b(f).

F.  NDR did not have a permissible purpose to access and/or use the consumer reports of Combs and the class members under 15 U.S.C. Section 1681b.

G.  NDR knew or should have known its access and use of prescreened lists from consumer reporting agencies was impermissible and in violation of Section 1681e(a) and Section 1681e(e).

H.  NDR did not make a firm offer of credit to Combs under the FCRA; a "firm offer of credit" under the FCRA is "any offer of credit or insurance to a consumer that will be honored if the consumer is determined, based on information in a consumer report on the consumer, to meet the specific criteria used to select the consumer for the offer"

I.  The FCRA defines credit as "the right…to purchase property or services and defer payment therefore".

J.  NDR's deferral of fees is not a firm offer of credit under the FCRA because Combs is not paying for NDR's services after the actual use of those services; instead Combs pays NDR for its services only if and when NDR settles a debt or debts on his behalf. Pursuant to the mailer and NDR's responses to "Frequently Asked Questions", Combs'

payment is due simultaneously with the successful resolution of a debt(s), his agreement to the terms of the settlement and payment has been made to that creditor. If NDR is unable to settle any of Comb's debts, Combs does not owe NDR any payment.

K.  As a direct and proximate result of NDR's illegal activities, Combs and class members have suffered an unwarranted invasion of their privacy and violations of their rights protected under the FCRA.

**COUNT ONE**
**Violation of the Fair Credit Reporting Act**
**"Access Use" Claims, 15 U.S.C. § 1681b(a), (f) and Section 1681q**

42.    Plaintiff repeats, realleges, and incorporates by reference all of the foregoing paragraphs.

43.    Defendants accessed and used the consumer reports of Combs and other class members in violation of 15 U.S.C. Section 1681b(f) and Section 1681n.

44.    Defendants knowingly and willfully obtained the information from the consumer reports of Combs and the other class members under false pretenses and are liable under 15 U.S.C. Section 1681q and Section 1681n.

**COUNT TWO**
**Violation of the Fair Credit Reporting Act**
**Negligent Noncompliance, 15 U.S.C. § 1681n**

45.    Plaintiff realleges and incorporates all of the allegations contained in paragraphs 1 through 28 as if fully rewritten herein.

46.    Defendants negligently obtained and used Plaintiff's consumer report without a permissible purpose in violation of 15 U.S.C. §§ 1681b and 1681o.

47.    Plaintiff suffered actual damages as a result of the Defendants' conduct.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff and the class respectfully request that this Court:

a.    ISSUE an order declaring that the Defendants have engaged in acts and practices in violation of the Fair Credit Reporting Act 15 U.S.C. § 1681, et seq.

b.    ISSUE a Permanent Injunction enjoining the Defendants, its agents, servants, employees, successors or assigns, and all persons acting in concert and participation with it, directly or indirectly, through any corporate device, partnership, or other association, under this or any other name, from engaging in the acts and practices which Plaintiff complains in the State of Ohio until complying with the laws of the State of Ohio and satisfaction of any monetary obligations to Plaintiff.

c.    GRANT statutory damages as provided by the FCRA.

d.    Costs and reasonable attorney fees, pursuant to the FCRA.

e.    For such other and further relief this court may deem just and proper.

Respectfully submitted,

*/s/Jeremiah E. Heck*
Jeremiah E. Heck (0076742)
Luftman, Heck & Associates, LLP
580 East Rich Street
Columbus, Ohio 43215
Phone: (614) 224-1500
Fax: (614) 224-2894
jheck@lawLH.com

11

*/s/Brian M. Garvine (per consent)*
Brian M. Garvine (0068422)
Law Offices of Brian M. Garvine, LLC
5 East Long Street, Suite 1100
Columbus, Ohio 43215
Phone: (614) 223-0290
Fax: (614) 221-3201
brian@garvinelaw.com
*Attorneys for Plaintiff*

## DEMAND FOR JURY TRIAL

Please take notice that Plaintiff demands trial by jury in this action.

*/s/Jeremiah E. Heck*
Jeremiah E. Heck (0076742)


*/s/ Brian M. Garvine, per consent*
Brian M. Garvine (0068422)

12

 **NATIONAL** —DEBT RELIEF—

# See how much you could save.
## Call **1-800-970-0477** today for a FREE quote.

S450 AUTO**SCH 5-DIGIT 45011
F1R4-0264637                    215/2513/4327
Scott Combs
3433 Hamilton Mason Rd
Hamilton, OH 45011-5401



**NATIONAL** —DEBT RELIEF—

## YOU'RE PRE-QUALIFIED
Respond now to see how much **you** could save.
### Call **1-800-970-0477** or
visit **myNDRoffer.com**

CKO

Dear Scott,

You've been pre-qualified for National Debt Relief's debt-resolution program. That means you may be completely debt free in only 24-48 months.* And because you're pre-qualified, you don't have to pay any fees until your debt is resolved. Call today to talk with one of our Certified Debt Specialists for a free quote to see how much you could save.

## Here's what you can expect with National Debt Relief:

### One Affordable Monthly Payment

Work with one of our Certified Debt Specialists to set up a single, affordable monthly payment.

### Absolutely No Upfront Fees

You're pre-qualified, so you don't owe us anything until we successfully resolve your debt.

 **GUARANTEE**

### Resolve Your Debt in Only 24-48 Months*

We'll resolve your debt as quickly as possible so you can finally break free from sky-high interest rates.

Don't wait. Call today to receive your free debt-relief quote.

Sincerely,

*Arthur Khmura*

Arthur Khmura
Chief Operating Officer, National Debt Relief

 

P.S. As a pre-qualified member, you'll pay no fees until your debt is resolved. You can be debt free in 24-48 months*, but you must call 1-800-970-0477 today.

## Don't wait, respond by June 30, 2017.

📞 **1-800-970-0477**        💻 **myNDRoffer.com**        ✉ **Mail in the Reply Form**

637

*You can choose to stop receiving "prescreened" offers of credit from this and other companies ... 1-888-567-8688. See **PRESCREEN & OPT OUT NOTICE** on the other side for more information about ...*



EXHIBIT

A

tabbies

LTRKO-0417

**DEBT RELIEF REQUEST FORM | Pay absolutely zero fees until your debt is resolved—GUARANTEED.**

PRE-QUALIFIED STATUS FOR:

Scott Combs
3433 Hamilton Mason Rd
Hamilton, OH 45011-5401

637

Call me at: ( _____ ) _____ - _____

**Best day and time:**

☐ Monday  ☐ Tuesday  ☐ Wednesday  ☐ Thursday  ☐ Friday

_____ : _____   ☐ AM  ☐ PM

How much debt do you have?

☐ Less than $10,000     ☐ $10,001 – $15,000
☐ $15,001 – $20,000     ☐ $20,001 – $30,000
☐ Over $30,000

For faster assistance call **1-800-970-0477** *now*
or detach and return this form by June 30, 2017.

NATIONAL
— DEBT RELIEF —

OFFER EXPIRES: 06/30/2017

 **NATIONAL** — DEBT RELIEF —

# See how much you could save.
Call **1-888-521-2610** today for a FREE quote.



S450 AUTO**SCH 5-DIGIT 45011
F1R4-0666332                272/4505/7333
Scott L Combs
3433 Hamilton Mason Rd
Hamilton, OH 45011-5401

**NATIONAL** — DEBT RELIEF —

## YOU'RE PRE-QUALIFIED
Respond now to see how much **you** could save.

Call **1-888-521-2610** or
visit **myNDRoffer.com**

CCA8

Dear Scott,

You've been pre-qualified for National Debt Relief's debt-resolution program. That means you may be completely debt free in only 24-48 months.* And because you're pre-qualified, you don't have to pay any fees until your debt is resolved. Call today to talk with one of our Certified Debt Specialists for a free quote to see how much you could save.

### Here's what you can expect with National Debt Relief:

| One Affordable Monthly Payment | Absolutely No Upfront Fees | Resolve Your Debt in Only 24-48 Months* |
|---|---|---|
| Work with one of our Certified Debt Specialists to set up a single, affordable monthly payment. | You're pre-qualified, so you don't owe us anything until we successfully resolve your debt. | We'll resolve your debt as quickly as possible so you can finally break free from sky-high interest rates. |

 GUARANTEE

Don't wait. Call today to receive your free debt-relief quote.

Sincerely,

*Arthur Khmura*

Arthur Khmura
Chief Operating Officer, National Debt Relief

 **BBB ACCREDITED BUSINESS**   **A+**

P.S. As a pre-qualified member, you'll pay no fees until your debt is resolved. You can be debt free in 24-48 months,* but you must call 1-888-521-2610 today.

## Don't wait, respond by October 15, 2017.



📞 **1-888-521-2610**     💻 **myNDRoffer.com**     ✉ **Mail in the Reply Form**

You can choose to stop receiving "prescreened" offers of credit from this and other companies
1-888-567-8688. See **PRESCREEN & OPT OUT NOTICE** on the other side for more information about p


**EXHIBIT**
B

**DEBT RELIEF REQUEST FORM** | Pay absolutely zero fees until your debt is resolved—GUARANTEED.

PRE-QUALIFIED STATUS FOR:

Scott L Combs
3433 Hamilton Mason Rd
Hamilton, OH 45011-5401

Call me at: (_____) _____ - _____

Best day and time:

☐ Monday ☐ Tuesday ☐ Wednesday ☐ Thursday ☐ Friday

_____ : _____ ☐ AM ☐ PM

**How much debt do you have?**

☐ Less than $10,000       ☐ $10,001 – $15,000
☐ $15,001 – $20,000       ☐ $20,001 – $30,000
☐ Over $30,000

For faster assistance call 1-888-521-2610 now
or detach and return this form by October 15, 2017.

NATIONAL
— DEBT RELIEF —

OFFER EXPIRES: 10/15/2017

LTRCGA-0817

332

NATIONAL
— DEBT RELIEF —

## See how much you could save.

Call **1-800-559-1733** today for a FREE quote.

S450 AUTO**SCH 5-DIGIT 45011
F1R4-0404235                                231/3297/5667
Scott L. Combs
3433 Hamilton Mason Rd
Hamilton, OH 45011-5401



NATIONAL
— DEBT RELIEF —

## YOU'RE PRE-QUALIFIED

Respond now to see how much **you** could save.

Call **1-800-559-1733** or
visit **myNDRoffer.com**

OCAO

Dear Scott,

You've been pre-qualified for National Debt Relief's debt-resolution program. That means you may be completely debt free in only 24-48 months.* And because you're pre-qualified, you don't have to pay any fees until your debt is resolved. Call today to talk with one of our Certified Debt Specialists for a free quote to see how much you could save.

### Here's what you can expect with National Debt Relief:



| One Affordable Monthly Payment | Absolutely No Upfront Fees | Resolve Your Debt in Only 24-48 Months |
|---|---|---|
| Work with one of our Certified Debt Specialists to set up a single, affordable monthly payment. | You're pre-qualified, so you don't owe us anything until we successfully resolve your debt. | We'll resolve your debt as quickly as possible so you can finally break free from sky-high interest rates. |



Don't wait. Call today to receive your free debt-relief quote.

Sincerely,

*Arthur Khmura*

Arthur Khmura
Chief Operating Officer, National Debt Relief



BBB ACCREDITED BUSINESS     A+

P.S. As a pre-qualified member, you'll pay no fees until your debt is resolved. You can be debt free in 24-48 months,* but you must call 1-800-559-1733 today.

## Don't wait, respond by November 15, 2017.

☎ **1-800-559-1733**       💻 **myNDRoffer.com**       ✉ **Mail in the Reply Form**

*You can choose to stop receiving "prescreened" offers of credit from this and other companies by calling toll-free 1-888-567-8688. See **PRESCREEN & OPT OUT NOTICE** on the other side for more information about prescreened offers.*

**DEBT RELIEF REQUEST FORM**  |  **Pay absolutely zero fees until your debt is resolved—**



EXHIBIT

C

tabbies

## DEBT RELIEF REQUEST FORM | Pay absolutely zero fees until your debt is resolved—GUARANTEED.

PRE-QUALIFIED STATUS FOR:

Scott L Combs
3433 Hamilton Mason Rd
Hamilton, OH 45011-5401

235

How much debt do you have?

☐ Less than $10,000   ☐ $10,001 – $15,000
☐ $15,001 – $20,000   ☐ $20,001 – $30,000
☐ Over $30,000

For faster assistance call **1-800-559-1733** now
or detach and return this form by **November 15, 2017.**

Call me at: ( _____ ) _____ - _____

Best day and time:

☐ Monday ☐ Tuesday ☐ Wednesday ☐ Thursday ☐ Friday

_____ : _____   ☐ AM ☐ PM

**OFFER EXPIRES: 11/15/2017**

NATIONAL
— DEBT RELIEF —

LTRCCA-0917