**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| Scott Combs | : | Case No. 2:17-cv-1150 |
| Plaintiff | : | Judge Michael H. Watson |
| v. | : | Magistrate Judge Kimberly A. Jolson |
| National Debt Relief, et al. | : | |
| Defendants. | : | |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Now comes Plaintiff, by and through counsel, and, pursuant to Fed. R. Civ. P.

41(a)(1)(A)(i), hereby gives notice of dismissal of all claims, with prejudice.  Each party shall

bear their own costs and attorney fees.

Respectfully submitted,

/s/ Brian M. Garvine                                       /s/ Jeremiah E. Heck (per consent)
Brian M. Garvine, (0068422)                        Jeremiah E. Heck, (0076742)
Law Office of Brian M. Garvine, LLC          Luftman, Heck & Associates, LLP
5 E. Long Street, Suite 1100                          580 E. Rich Street
Columbus, Ohio 43215                                  Columbus, Ohio 43215
Phone:  614/223-0290                                    Phone:  614/224-1500
Fax:  614-/221-3201                                       Fax:  614/224-2894
Brian@garvinelaw.com                                  Jheck@lawlh.com
*Attorney for Plaintiff*                                    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 30, 2018 a true and accurate copy of the foregoing *Notice of Dismissal with Prejudice* was filed electronically.  Notice of this filing will be sent to all parties by operation of the Courts electronic filing system.  Parties may access this filing through the Court system.

Respectfully submitted,


/s/ Brian M. Garvine
Brian M. Garvine  (0068422)